Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

_____ Division

Metro Gardens Neighborhood Association et al.

_Plaintiff(s)_
_(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

-v-

City of Jacksonville, Duval County, Florida

_Defendant(s)_
_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

Case No. 3:25-cv-692-WWB-SJH
_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_ ☐ Yes ☑ No

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                Lydia Bell
Street Address      530 Linwood Avenue
City and County     Jacksonville, Duval
State and Zip Code  Florida 32206
Telephone Number    904-428-6552
E-mail Address      Laida 777333@gmail.com

✱ See Attachment

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                                   *City of Jacksonville*

    Job or Title *(if known)*

    Street Address                        *117 W. Duval Street*

    City and County                   *Jacksonville, Duval*

    State and Zip Code             *Florida*

    Telephone Number            *904·630·3690*

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Please see Attachment*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual
The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation
The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual
The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b.   If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*Please See Attachment*

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*Please See Attachment*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        *June 20, 2025*

Signature of Plaintiff    *Lydia Bell*
Printed Name of Plaintiff    *Lydia Bell*

### B.    For Attorneys

Date of signing:        _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____

## PLAINTIFFS

1.   **Lydia Bell**
     **530 Linwood Avenue**
     **Jacksonville – Duval**
     **Florida  32206**
     **904-428-6552**
     **faida777333@gmail.com**

2.   **Ameena Shareef**
     **4732 W. Castlewood Drive**
     **Jacksonville – Duval**
     **Florida  32206**
     **904-729-0834**
     **ameenashareef22@gmail.com**

3.   **Katrina Spencer**
     **4620 W. Castlewood Drive**
     **Jacksonville – Duval**
     **Florida  32206**
     **904-616-0652**

4.   **Tracie Edwards**
     **4638 W. Castlewood Drive**
     **Jacksonville – Duval**
     **Florida  32206**
     **904-400-1949**

5.   **Sha'mir Rock**
     **4638 W. Castlewood Drive**
     **Jacksonville – Duval**
     **Florida  32206**
     **904-446-5979**

6.   **Coymel Laster**
     **4638 W. Castlewood Drive**
     **Jacksonville – Duval**
     **Florida  32206**
     **904-304-6235**

7.   **Chermeka Williams**
     **4517 W. Castlewood Drive**
     **Jacksonville – Duval**
     **Florida  32206**
     **904-442-1662**

## PLAINTIFFS   (pg. 2)

8.    **Christin Williams**
      **4517 W. Castlewood Drive**
      **Jacksonville – Duval**
      **Florida  32206**
      **904-477-7349**

9.    **Cheryl Williams**
      **4517 W. Castlewood Drive**
      **Jacksonville – Duval**
      **Florida  32206**
      **904-477-7349**

10.   **Marion Williams**
      **4517 W. Castlewood Drive**
      **Jacksonville – Duval**
      **Florida  32206**
      **904-307-2802**

11.   **Christine Lambert**
      **4044 Dellwood Avenue**
      **Jacksonville – Duval**
      **Florida  32206**
      **904-307-2802**

12.   **Leo Davis**
      **764 Alder Street**
      **Jacksonville – Duval**
      **Florida  32206**
      **904-234-7846**

13.   **Anna Brown**
      **764 Alder Street**
      **Jacksonville – Duval**
      **Florida  32206**
      **904-764-6043**

14.   **Allison White**
      **764 Alder Street**
      **Jacksonville - Duval**
      **Florida  32206**
      **904-235-9911**

**PLAINTIFFS    (PG. 3)**

15.    **Delois Robinson**
       **4724 W. Castlewood Drive**
       **Jacksonville – Duval**
       **Florida  32206**
       **904-765-8202  /  904-707-6268**

16.    **David Bowen**
       **3217 Flower Garden Lane**
       **Building 14   Apt. 103**
       **Jacksonville – Duval**
       **Florida  32206**
       **314-760-4663**
       **davidbowen9260@gmail.com**

17.    **Gloria Williams**
       **4524 Perry Street**
       **Jacksonville – Duval**
       **Florida  32206**
       **904-763-6346**

18.    **Deloris Rains**
       **618 Ivy Street**
       **Jacksonville – Duval**
       **Florida  32206**
       **904-790-1393**
       **deloris@bellsouth.net**

19.    **Linda Griffin**
       **528 Fern Street**
       **Jacksonville – Duval**
       **Florida  32206**
       **904-355-3940**

20.    **Eddie Griffin, Sr.**
       **528 Fern Street**
       **Jacksonville – Duval**
       **Florida  32206**
       **904-355-3940**

**II.    BASIS FOR JURISDICTION**

1.    Jurisdiction is proper under 28 U.S.C. §§ 1331 and 1343(a)(3) as this action
       arises under federal civil rights statutes and the U.S. Constitution.

2.    Venue lies in the Middle District of Florida under 28 U.S.C. § 1391(b), as all events
       occurred in this district.

## III. STATEMENT OF CLAIM

1. This case challenges the siting and pending operation of a 51,000 square feet Medical Examiner's Office immediately adjacent to KIPP V.O.I.C.E. K-6 School in Jacksonville's Brentwood neighborhood – a historically Black and environmentally overburdened community.

2. The decision to place this facility in Brentwood was made without public notice, environmental impact review, or meaningful community consultation. The project is now completed, but its proposed use threatens the health, safety, and dignity of Brentwood residents.

3. Plaintiffs seeks declaratory and injunctive relief to prevent the operation of the facility as a Morgue and Forensic Lab to ensure that the building – already constructed - repurposed for a use that benefits, rather than harms and irreparable harms the Brentwood community.

4. **Violation of Title VI of the Civil Rights Act (42 U.S.C. § 2000D)**
   Defendants actions have a disparate racial impact on a protected class.
   The facility's siting was conducted without consideration of that impact, violating Title VI requirements for federally funded entities.
   The City of Jacksonville and Duval County receive federal funds and are subject to Title VI oversight.

5. **Violation of Procedural Due Process (U.S. Const. Amend. XIV)**
   The siting and approval process violated the rights of Brentwood residents by denying them notice, a hearing, or any formal opportunity to object.

   2016 – Planning for New Medical Examiner Office began

   2020 – September 20, 2020  The "go-a-head" was given by Brian Hughes and Tim Crutchfield, Director of Operations with the Golfair Boulevard as site

   2023 – March, 2023  Capital Improvement Plan (CIP) funds requested by Medical Examiner's Office

   2023 – April, 2023  Finance Committee and City Council approves funding

   2023 – May 15, 2023  Ground-Breaking Ceremony for New Medical Examiner Office

   2023 – May 23, 2023  Ordinance Exception 2023-0331
   Rezoning during construction at 881 Golfair Boulevard from Community General Commercial-1 (CGC-1) to Public Building and Facilities-1 (PBF-1)

2023 -  September 18, 2023  First and Only Community Meeting informing
Brentwood residents of the New Medical Examiner's Office being built
in Brentwood during construction

2023 – September 19, 2023  Land Use and Zoning Commission approves
Ordinance Exception 2023-0331 from CGC-1 to PBF-1

2023 – October 18, 2023  Ordinance Exception 2023-23-72
Filing date for an additional 4.04 Acres to comply with 50,000 square feet or
more for Public Building and Facilities-1 (PBF-1)

2023 – November 9, 2023  Metro Gardens Neighborhood Association of Brentwood
a registered neighborhood association with the City of Jacksonville receives
first Planning Commission Hearing Notice since 2016.  Hearing canceled
and rescheduled.  No explanation for cancellation

2023 – December 7, 2023  Metro Gardens Neighborhood Association of Brentwood
attends first and only Planning Commission Hearing submitting 187
Petitions against the continuous construction and violations of the
New Medical Examiner's Office
Application E-23-72  DENIED    Vote 5-1     1 Abstain Conflict of Interest

2023 - December 23, 2023   Appeal 2024-100 Notice of Appeal From A Final Order
Of The Jacksonville Planning Commission during continuous construction

2024 -  March 12, 2024   Appeal 2024-100  Appeal Granted by City Council
Vote 13-4   While Medical Examiner's Office continued to build during
Appeal

6.      **Violation of Duval County and Jacksonville Zoning Law**
This facility would add to Brentwood's cumulative environmental and health
burden – already well documented by federal environmental justice tools and
supported by data from the Environmental Protection Agency.
The siting decision perpetuates a pattern of discriminatory land use – placing
undesirable facilities in majority Black neighborhoods – long criticized in Florida
and environmental law.

## IV.    PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully requests that this Court:

1. Issue a declaratory judgement that Defendants violated Plaintiff's and Brentwood residents' civil rights under Title VI, the Due Process Clause, and applicable zoning laws;

2. Issue an injunction **barring the use of the facility as a Medical Examiner's Office and Forensic Lab at its current location.**

3. Order the City of Jacksonville and Defendants to conduct a full racial and environmental justice impact assessment, with community oversight;

4. Mandate a transparent and inclusive community process to identify alternative, community-benefiting uses for the already constructed building;

5. Award Plaintiff attorney's fees and costs under 42 U.S.C. § 1988

6. Waive Administrative Fees and Cost

7. **Federal Rules of Civil Procedure 65(c)**
   Waive any bond requirements for Preliminary Injunction and Temporary Restraining Orders.  This is a public interest case and therefore an exception to Rule 65(c) and;

8. Grant such further relief as the Court deems just and equitable.